No. 173. PACE *v.* TOMLINSON, DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Walter Akerman, Jr.* for respondent.

No. 175. TITUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William W. Barron* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 176. WATERMAN STEAMSHIP CORP. *v.* TRIPLE A MACHINE SHOP, INC. C. A. 9th Cir. Certiorari denied. *Chalmers G. Graham* for petitioner. *Lloyd M. Tweedt* for respondent.

No. 177. AMES *v.* MENGEL COMPANY ET AL. C. A. 6th Cir. Certiorari denied. *Ernest Woodward* for petitioner. *Chas. G. Middleton* and *Leo T. Wolford* for respondents.

No. 178. VAUGHAN *v.* CITY BANK & TRUST Co. C. A. 5th Cir. Certiorari denied.

No. 179. MITCHELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Howard F. Sachs* for petitioner. *Solicitor General Sobeloff* and *Assistant Attorney General Holland* for the United States.

No. 180. MASTERCRAFTERS CLOCK & RADIO Co. *v.* VACHERON & CONSTANTIN-LE COULTRE WATCHES, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Clarence E. Threedy* for petitioner. *W. Brown Morton* for respondents.